# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA
## Western Division

U.S.A. vs. Heather Lin Hernan                                         Docket No. 7:14-MJ-1142-1

### Petition for Action on Probation

COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment of Heather Lin Hernan, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5), was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge on April 1, 2015, to 12 months probation under the conditions adopted by the court.

On May 29, 2015, after the defendant assaulted her mother, the court modified the conditions of supervision to include mental health counseling and five days in jail.

On October 30, 2015, a violation report was submitted to the court reporting that the defendant had failed to complete her driving while impaired assessment as required, failed to pay the $10 special assessment and $200 fine, failed to complete the 24 hours of community service as ordered, and failed to comply with mental health counseling as instructed. On November 2, 2015, the court agreed to continue supervision.

On February 22, 2016, the term of supervision was extended for six months to the new expiration date of September 30, 2016, to allow the defendant additional time to complete her driving while assessment, recommended treatment and her community service hours.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant still has not completed the driving while impaired assessment or all of the community service hours. The defendant is pregnant and has requested additional time to complete these obligations. She is getting assistance from her family to pay for the driving while impaired assessment and treatment. She has only approximately six more hours of community service to complete. At this time, we are recommending that the term of probation be extended for three months to allow the defendant additional time to complete these obligations. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The term of probation be extended for three months to the new expiration date of December 30, 2016.

Except as herein modified, the judgment shall remain in full force and effect.

                                             I declare under penalty of perjury that the foregoing is true and correct.
                                             /s/ Eddie J. Smith
                                             Eddie J. Smith
                                             Supervising U.S. Probation Officer
                                             310 Dick Street
                                             Fayetteville, NC 28301-5730
                                             Phone: 910-354-2537
                                             Executed On: August 31, 2016

Heather Lin Hernan
Docket No. 7:14-MJ-1142-1
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __31__ day of __August__, 2016 and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge